# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ALLAN D. BUYNA, | : No. 11 WM 2015 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| JOHN WETZEL AND MICHAEL D. | : |
| OVERMYER, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Application for Extraordinary Relief is **DENIED**.